UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

BRETT EUGENE THOMAS,

    Petitioner,

    v.

MAGGIE MILLER-STOUT,

    Respondent.

Case No. C10-5710RJB/JRC

ORDER GRANTING PETITIONER'S REQUEST FOR AN EXTENSION OF TIME TO FILE A TRAVERSE

The underlying petition for a 28 U.S.C. § 2254 writ of habeas corpus has been referred to United States Magistrate Judge J. Richard Creatura pursuant to 28 U.S.C. § 636(b)(1)(A) and (B), and Local Magistrate Judge's Rule MJR3 and MJR4.

Before the court are a motion for an expedited hearing and a motion for an extension of time to file a traverse (ECF No. 15 and 16). The traverse was filed February 7, 2007. It will be considered by the court and this matter is now ripe for consideration.

The clerk's office is directed to mail a copy of this order to petitioner, remove ECF Nos. 15 and 16 from the Court's calendar.

Dated this 15th day of February, 2011.

_____
J. Richard Creatura
United States Magistrate Judge

ORDER - 1